THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 21-062-RSM |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING THE PRETRIAL DEADLINE |
| TERRY EZELL, | ) |
| Defendant. | ) |

THE COURT has considered the unopposed motion requesting an extension of the deadline for pretrial motions and the record in this case. The Court finds that the requested extension is reasonable and necessary and that the ends of justice will be served by ordering an extension the time in which to file pretrial motions.

IT IS THEREFORE ORDERED that the pretrial motions deadline will be continued from March 16, 2022 to March 30, 2022.

DONE this 17th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

/s/ Nicholas J. Vitek
Attorney for Terry L. Ezell

ORDER EXTENDING PRETRIAL MOTIONS
DEADLINE
(*USA v. Terry Ezell*; CR21-062RSM) - 1