The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TERRY EZELL,<br><br>　　　　　Defendant. | No. CR 21-0062 RSM<br>　　 CR 05-0273 RSM<br><br>ORDER TO SEAL |

Based upon the motion of the Defendant, and the representations made therein, it is HEREBY ORDERED that:

The Defendant's Exhibit B, filed with his Sentencing Memorandum, in this matter be FILED UNDER SEAL because it contains sensitive information and is not permitted to be made publicly available.

IT IS SO ORDERED

DATED this 13th day of September 2022.

_____
The Honorable Ricardo S. Martinez
United States District Judge

Presented by:

__/S/_____
Nicholas J. Vitek
Attorney for the Defendant
Vitek Law LLC
1700 Seventh, Ave, Suite 2100
Seattle, WA 98101