Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2l-CR-62 RSM |
| Plaintiff, | |
| v. | ORDER MODIFYING BRIEFING SCHEDULE |
| TERRY L. EZELL, | |
| Defendant. | |

Having reviewed the United States' scheduling request and for good cause shown, the Court MODIFES the briefing schedule for defendant Terry Ezell's 18 U.S.C. § 3582(c)(2) motion (Dkt. 90) as follows. The March 20, 2025, filing deadline for the United States' response is VACATED. The Court will set a new response deadline after the Court has ruled on Ezell's pro se 28 U.S.C. § 2255 petition (Dkt. 88).  SO ORDERED.

Dated this 18th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

Order Modifying Briefing Schedule – 1
*United States v. Ezell*, 21-CR-62-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  *s/ Jonas Lerman*
   JONAS LERMAN
2  Assistant United States Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order Modifying Briefing Schedule – 2
*United States v. Ezell*, 21-CR-62-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970