The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY L. EZELL,<br><br>Defendant. | NO. CR21-062<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE OPPOSING MOTION FOR REDUCTED SENTENCE UNDER 18 U.S.C. § 3582(C)(2) AND AMENDMENT 821, PART A (STATUS POINTS UNDER § 4A1.1) |

    This matter has come before the Court on the motion to seal Exhibit A to the United States' Response Opposing Motion for Reduced Sentence. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to the United States' Response Opposing Motion for Reduced Sentence, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Ezell,* CR21-062 RSM
USAO No. 2023V00809

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit A to the United States' Response Opposing Motion for Reduced be filed under seal.

DATED this 2nd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Sealing Order - 2
*United States v. Ezell,* CR21-062 RSM
USAO No. 2023V00809

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970